# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

162497

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSHUA LAMAR-JAMES STEWART,
     Defendant-Appellant.

SC: 162497
COA: 343755
Wayne CC: 16-005731-FC

_____/

     On order of the Court, the application for leave to appeal the November 24, 2020 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

     The application for leave to appeal remains pending.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

t0601